AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York ▼

| | |
|---|---|
| ROBERT CROSBY, JR. | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 22 cv 04907 |
| Stew Leonard's of Yonkers, LLC, Stew Leonard's of Norwalk LLC and Stew Leonard, Jr. Individually, | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Stew Leonard's of Yonkers, LLC One Stew Leonard Drive, Yonkers, NY 10710
Stew Leonard's of Norwalk, LLC 100 Westport Ave, Norwalk, CT 06851
Stew Leonard Jr, 5 Surf Road, Westport, CT 06880

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Karen Mizrahi
Hertz Legal, PC
503 Half Moon Bay Drive
Croton on Hudson, NY 10520

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 6/13/2022

s/ G. Pisarczyk

*Signature of Clerk or Deputy Clerk*