UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Plaintiff / Petitioner:<br>ROBERT CROSBY, JR.<br>Defendant / Respondent:<br>STEW LEONARD'S OF YONKERS, LLC; STEW LEONARD'S OF NORWALK LLC AND STEW LEONARD, JR. INDIVIDUALLY | **AFFIDAVIT OF SERVICE**<br>Index No:<br>CIVIL ACTION NO.: 22-CV-04907 |

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and located at 200 Tyler Street #221, East Haven, CT 06512 . That on Tue, Jun 21 2022 AT 01:20 PM AT 100 WESTPORT AVENUE, NORWALK, CT 06851 deponent served the within SUMMONS IN A CIVIL ACTION, CIVIL COVER SHEET; VERIFIED AMENDED COMPLAINT; VERIFICATION on STEW LEONARDS OF NORWALK, LLC

- [ ] **Individual**: by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

- [ ] **Corporation**: By serving the above on _____ a domestic corporation, by delivering a true copy thereof to _____ who is the _____, a person authorized to accept service.

- [X] **Business**: By serving the above on STEW LEONARDS OF NORWALK, LLC by delivering a true copy thereof to Kelly Arena , Personal assistant to Stew Leonards , a person authorized to accept service.

- [ ] **Suitable Person**: By delivering a true copy thereof to _____ a person of suitable age and discretion, at the actual place of business, dwelling house, or usual place of abode in the state, and mailing, as indicated below

- [ ] **Conspicuous Service**: by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

- [ ] **Mailing**: Deponent also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known address, _____, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. Mailed on _____

- [ ] **Military Service**: I asked the person spoken to whether defendant was in active military service of the United States or of CT, in any capacity whatever and received a negative reply. The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I have that the defendant is not in the military service of CT, or of the United States as that term is defined in either the State or in the Federal statutes.

**Additional Comments:**
1) Successful Attempt: Jun 21, 2022, 1:20 pm EDT at 100 WESTPORT AVENUE, NORWALK, CT 06851 received by Kelly Arena .
Served upon party authorized to accept.

**Description:**
Age: 30   Skin Color: Caucasian   Gender: Female   Weight: 140
Height: 5'7"   Hair: Brown   Relationship: Personal assistant to Stew Leonards
Other: stated she is authorized to accept

Stephen FOLEY

Sworn to before me on June 24th 2022

UNDISPUTED LEGAL, INC., 590 MADISON AVENUE, 21st FLOOR, NEW YORK, NEW YORK, 10022

MELISSA PANTALEO
Notary Public, State of Connecticut
My Commission Expires Apr. 30, 2025