UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **Robert Crosby, Jr.** | ) | 22 CV 4907 (KMK) |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| -v- | ) | **ORDER TO SHOW CAUSE** |
| | ) | |
| **Stew Leonard's of Yonkers, LLC, Stew Leonard's Of Norwalk, LLC and Stew Leonard Jr., Individually,** | ) ) ) | |
| | ) | |
| **Defendants** | ) | |

-----------------------------------------------------------------------------------------------------------------

KARAS, D.J.

   Upon the annexed supporting Affirmation of Karen Mizrahi, Esq. and upon consideration of Plaintiff's request for Entry of Final Judgment by Default and the exhibits annexed thereto, it is hereby

ORDERED, that the defendant Stew Leonard's of Yonkers, LLCshowcause at a conference to be held on the ____ day of July 2022, at ____o'clock a.m. before the Honorable Kenneth M. Karas, in White Plains Courtroom 521 of that day or as soon hereafter as counsel can be heard why a judgment by Default should not be entered in favor of the Plaintiff for the relief requested in the Complaint, and it is further;

ORDERED, that objections to the relief requested herein or answering papers if any, shall be served upon Hertz Legal, P.C. Attn: Karen Mizrahi 503 Half Moon Bay Drive, Croton on Hudson, NY 10520 by the __ day of July 2022; and it is further

ORDERED, that service of a copy of this Order and supporting papers be made upon Defendant Stew Leonard's of Yonkers, LLC, One Stew Leonard Way, Yonkers, NY 10701 by first class mail on or before the __ day of July 2022 and such service shall be deemed good and sufficient service.

Dated: White Plains, NY
      July___, 20222

                              SO ORDERED


                            _____
                            KENNETH M. KARAS, U.S.D.J.