AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York ▼

| | | |
|---|---|---|
| Robert Crosby, Jr. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   22-cv-04907 (KMK) |
| Stew Leonard's Yonkers, | ) | |
| LLC et al. *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants  Stew Leonard's Yonkers LLC and Stew Leonard, Jr.                                          .

Date:     07/12/2022

*/s/*
*Attorney's signature*

Loraine Cortese-Costa LC3474
*Printed name and bar number*
36 Main Street
#633
Old Saybrook, CT  06475

*Address*

Loraine@CorteseCostaLaw.com
*E-mail address*

(203) 520-7640
*Telephone number*

(203) 683-5901
*FAX number*