UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT CROSBY, JR<br><br>　　　　　　　　　Plaintiff,<br><br>-against-<br><br>STEW LEONARD'S YONKERS LLC,<br>　and STEW LEONARD, JR et al.<br>　　　　　　　　　Defendants. | Dkt. No.: 22-cv-04907 (KMK)<br><br>**DEFENDANT'S STATEMENT**<br>**PURSUANT TO RULE 7.1** |

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable the District Court Judge and Magistrate Judge of the Court to evaluate possible disqualification or recusal, the undersigned counsel for the defendant, STEW LEONARD'S YONKERS LLC, certifies that it is not a publicly held corporation and, as such, there is no parent corporation or any publicly held corporation owning 10% or more of its stock.

Dated: Old Saybrook, CT
　　　　July 12, 2022

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　LAW OFFICES OF LORAINE CORTESE-COSTA
　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*
　　　　　　　　　　　　　　　　　　36 Main Street
　　　　　　　　　　　　　　　　　　#633
　　　　　　　　　　　　　　　　　　Old Saybrook, CT  06475
　　　　　　　　　　　　　　　　　　Tel.　(203) 520-7640
　　　　　　　　　　　　　　　　　　Fax.　(203) 683-5901

　　　　　　　　　　　　　　　　　　　/s/ LC3474
　　　　　　　　　　　　　　　　　　LORAINE M. CORTESE-COSTA

To:　All parties via ECF