UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

**Plaintiff / Petitioner:**
ROBERT CROSBY, JR.
**Defendant / Respondent:**
STEW LEONARD'S OF YONKERS, LLC; STEW LEONARD'S OF NORWALK LLC AND STEW LEONARD, JR, INDIVIDUALLY

**AFFIDAVIT OF SERVICE**
Index No:
CIVIL ACTION NO.: 22-CV-04907

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and located at 590 Madison Ave 21st floor, New York, NY 10022. That on Sat, Aug 27 2022 AT 05:47 PM AT ONE STEW LEONARD DRIVE, YONKERS, NY 10710 deponent served the within SUMMONS IN A CIVIL ACTION; SECOND AMENDED COMPLAINT on STEW LEONARDS OF YONKERS LLC

- [ ] **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.
- [ ] **Corporation:** By serving the above on _____ a domestic corporation, by delivering a true copy thereof to _____ who is the _____, a person authorized to accept service.
- [X] **Business:** By serving the above on STEW LEONARDS OF YONKERS LLC by delivering a true copy thereof to Amy gray, Store Manager, a person authorized to accept service.
- [ ] **Suitable Person:** By delivering a true copy thereof to _____ a person of suitable age and discretion, at the actual place of business, dwelling house, or usual place of abode in the state, and mailing, as indicated below.
- [ ] **Conspicuous Service:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at
- [ ] **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known address, _____, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. Mailed on _____.
- [ ] **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of NY, in any capacity whatever and received a negative reply. The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I have that the defendant is not in the military service of NY, or of the United States as that term is defined in either the State or in the Federal statutes.

**Additional Comments:**
1) Successful Attempt: Aug 27, 2022, 5:47 pm EDT at ONE STEW LEONARD DRIVE, YONKERS, NY 10710 received by Amy gray.
Served upon party authorized to accept.

**Description:**
Age: 50   Skin Color: Black/Hispanic   Gender: Female   Weight: 200
Height: 5'6"   Hair: Brown   Relationship: Store Manager
Other: Stated she is authorized to accept

Roger Padilla  9/1/22

Sworn to before me on 9/1/22
Notary Public