UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROBERT CROSBY, JR.,

                Plaintiff,

v.

STEW LEONARD's OF
NORWALK, LLC, *et al.*,

                Defendants.

No. 22-CV-4907 (KMK)

SCHEDULING ORDER

---

KENNETH M. KARAS, District Judge:

    At the Conference held before the Court on October 17, 2022, the Court adopted a briefing schedule for Defendants' upcoming motion to dismiss. Defendants' motion is due November 4, 2022. Plaintiff's response is due December 5, 2022. Defendants' reply, if any, is due December 19, 2022.

    The Parties are reminded that there is a strict page limit of 25 pages for opening briefs and 10 pages for replies. If oral argument is requested, it may be scheduled by the Court. Please wait to hear from the Court to schedule argument.

SO ORDERED.

DATED:    October 17, 2022
              White Plains, New York

                                              KENNETH M. KARAS
                                              UNITED STATES DISTRICT JUDGE