HERTZ LEGAL, P.C.
503 HALF MOON BAY DRIVE
CROTON ON HUDSON, NY 10520
(914) 393 6971

Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

October 18, 2022

Re:		<u>Crosby v Stew Leonard's et. al</u>
		<u>22 cv 4907</u>

Dear Judge Karas,

Upon review of notes taken throughout the pre-motion conference held on October 17, 20220 in this matter, respectfully, this firm seeks clarification:  Is it the position of this Court that if Plaintiff concedes to Defendant's position regarding the Section 198 and Section 740 causes of action, this Court will disallow Defendant's motion to dismiss in lieu of complaint and order Defendant to submit an answer?

In addition, Plaintiff seeks leave to amend the complaint, Plaintiff has discovered that Stew Leonard's of Norwalk, LLC, is a d/b/a and operates under a different legal entity.

Respectfully submitted,

*Karen Mizrahi, Esq.*

CC: Loraine Cortese-Costa