UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROBERT CROSBY, JR.,

                Plaintiff,

    v.

STEW LEONARD's OF
NORWALK, LLC, *et al.*,

              Defendants.

No. 22-CV-4907 (KMK)

ORDER

---

KENNETH M. KARAS, District Judge:

    Given that Defendants have appeared in the instant Action, (*see* Dkt. Nos. 18–19), the Court denies the following pending Motions for Default Judgment as moot: Dkt. Nos. 11, 12, 13, 14, 15, 16, and 17. The Clerk of the Court is respectfully requested to terminate the pending motions at Dkt. Nos. 11–17.

SO ORDERED.

DATED:    February 16, 2023
                White Plains, New York

                                                  KENNETH M. KARAS
                                                  UNITED STATES DISTRICT JUDGE