MEMO ENDORSED

Hertz Legal, P.C.
503 Half Moon Bay Drive
Croton on Hudson, NY 10520
(914) 393 6971

September 29, 2023

<u>Via ECF</u>
Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Regarding:      <u>Crosby v Stew Leonard's, et. al.</u>
                <u>22 cv 04907</u>

Dear Judge Karas,

This firm is counsel to the plaintiff in the above referenced matter.

We are in receipt of your decision and order (docket no.66) dated September 28, 2023 directing a conference on October 10, 2023 at 2 p.m.

Respectfully, I request an adjournment of the conference to the week of October 23, 2023 or thereafter, as I will be out of the country on October 10, 2023, visiting my 94-year-old father who lives overseas. As a sole practitioner, I do not have another attorney who can appear in my place.

In the event that the conference cannot be adjourned or held remotely, I will cancel my trip.

Thank you for your consideration

*Karen M. Hertz*

Karen M. Hertz, Esq.

Granted.

The conference is adjourned to 10/ 31 /23, at 4:00 via teleconference.

So Ordered.

9/29/23

cc: Loraine Cortese Costa, Esq.