UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- x

ROBERT CROSBY, JR.,

                              Plaintiff,     **NOTICE OF MOTION**

     -against-

                                        22-cv-04907 (KMK)

STEW LEONARD'S YONKERS,
LLC AND STEW LEONARD, JR.,

                              Defendants

------------------------------------------------------- x

     **PLEASE TAKE NOTICE** that pursuant to Local Rule 1.4 of this Court, upon this Notice of Motion and the Appearance of Attorney Michael Louis Abitabilo for Defendants on November 27, 2023 (Dkt #73), Attorney Loraine Cortese-Costa will move this Court before the Honorable Kenneth M. Karas, United States District Judge, at the United States Courthouse for the Southern District of New York, located at 300 Quarropas Street, White Plains, NY 10601, at a date and time to be determined by the Court, for an order pursuant to Local Rule 1.4 allowing the undersigned to withdraw as counsel for Defendants in this matter. The grounds for this motion are that the undersigned has retired from the practice of law and Defendants have obtained substitute counsel. The date for filing an Answer to the Amended Complaint has been extended until December 13, 2023 by Order of the Court (Dkt #75) upon the motion of new counsel. Defendants have been provided with a copy of this Notice.

Dated: Old Saybrook, Connecticut
      November 29, 2023

                                      **LAW OFFICES OF LORAINE CORTESE-COSTA**

                        By:    */s/ Loraine Cortese-Costa*
                             Loraine Cortese-Costa
                             36 Main Street
                             #633
                             Old Saybrook, CT   06475
                             Tel: (203) 520-7640
                             Loraine@CorteseCostaLaw.com