UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X

Robert Crosby, Jr.,

                        Plaintiff,                              22 CV 04907  (KMK)

        -v-

                                                                CALENDAR NOTICE

Stew Leonard's Yonkers LLC, and
Stew Leonard, Jr., individually,

                        Defendants.

-------------------------------------------------------X

KENNETH M. KARAS, District Judge:

        Please take notice that the above captioned action has been scheduled for
a status conference before the Honorable Kenneth M. Karas, United States District Judge, on
Tuesday, February 6, 2024 at 10:30 a.m.  Counsel shall submit a proposed case management
and discovery schedule via ECF by 5:00 p.m. on the evening before the status conference.

NOTICE OF TELECONFERENCE INFORMATION: Counsel shall call the following number
at the designated time: Meeting Dial-In Number (USA toll-free): (888) 363-4749 Access Code:
7702195 Please enter the conference as a guest by pressing the pound sign (#).  Counsel involved
in any pro se cases shall mail a copy of this Notice to or otherwise inform the pro se party of the
above teleconference information. Counsel in any pro se inmate cases shall ensure that the pro se
party is on the line before calling the above-referenced number. Any requests for adjournments
should be filed as soon as possible and clearly explain why the conference should be adjourned.

Dated: January 14, 2023
        White Plains, New York

                                                So Ordered

                                                _____
                                                Kenneth M. Karas, U.S.D.J