UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Robert Crosby, Jr.,

Case No. 22-cv-04907

        Plaintiff,

**(KMK)(AEK)**

v.

Stew Leonard's Yonkers, LLC,

**ORDER OF REFERENCE TO
MAGISTRATE JUDGE**

        Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

The above entitled action is referred to the Honorable Andrew E. Krause,  United States
Magistrate Judge, for the following purpose(s):

_X_  GENERAL PRE-TRIAL (includes            ____  HABEAS CORPUS
      scheduling, discovery, non-dispositive
      pre-trial motions and settlement)        ____  INQUEST AFTER DEFAULT /
                                       DAMAGES HEARING

____  GENERAL PRE-TRIAL &
      DISPOSITIVE MOTION (all purposes    ____  SOCIAL SECURITY
      except trial)

                                         ____  SETTLEMENT

____  DISPOSITIVE MOTION (i.e., a motion
      requiring a Report &                    ____  CONSENT UNDER 28 U.S.C. 636©
      Recommendation)                         FOR ALL PURPOSES (including
                                         trial)

____  SPECIFIC NON-DISPOSITIVE
      MOTION / DISPUTE (including       ____  CONSENT UNDER 28 U.S.C. 636©
      discovery dispute) *                        FOR LIMITED PURPOSE OF

      _____        _____

      _____        _____

____  JURY SELECTION

Dated: February 6, 2024                  SO ORDERED
      White Plains, New York

                                  _____
                                  United States District Judge

* Do not check if already referred for General Pre-Trial.
P:\FORMS\Order of Reference.wpd  Rev. 9/10