# JacksonLewis

**Jackson Lewis P.C.**
44 South Broadway, 14th Floor
White Plains NY  10601
(914) 872-8060 Main
(914) 946-1216 Fax
jacksonlewis.com

May 28, 2024

**VIA ECF Letter Motion**
Hon. Andrew E. Krause
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:   Robert Crosby Jr. v. Stew Leonard's Yonkers, LLC & Stew Leonard Jr.
      **Case No.: 22-cv-4907**

Dear Judge Krause:

We represent the Defendants, Stew Leonard's Yonkers, LLC and Stew Leonard Jr. ("Defendants"), in the above referenced matter.  We write to respectfully request a one-week adjournment of the deadlines set forth in Your Honor's Scheduling order dated April 29, 2024. Specifically, Defendants request that the deadline for the parties to exchange letters raising discovery disputes be extended from May 28, 2024 until June 4, 2024, and the deadline for the parties' response letters be extended from May 31, 2024 until June 7, 2024.[1] This is the first request for an adjournment of these deadlines.

This request is being made because the parties need additional time to review the documents and information produced in discovery. Following the exchange of documents, the undersigned was out of the office and away for a family vacation. While I had hoped to review and assess the entirety of the production prior to or during that period, I was not able to do so. Plaintiff's counsel has consented to this request.

Thank you for your consideration of this request. If you have any questions or need any additional information, please let me know.

Respectfully submitted,

*[signature]*

Michael Abitabilo
914-872-6865
Michael.Abitabilo@jacksonlewis.com
Jackson Lewis P.C.

cc:     All counsel of record (via ECF)

---

[1] To the extent Your Honor deems it appropriate to adjourn the conference currently schedule for June 3, the parties will make themselves available at the Court's discretion.