HERTZ LEGAL, P.C.
503 HALF MOON BAY DRIVE
CROTON ON HUDSON, NY 10520
(914) 393.6971

June 10, 2024

| | |
|---|---|
| Honorable Magistrate Andrew Krause | Michael Abitabilo |
| United States District Court | Ian Landman |
| Southern District of New York | Jackson Lewis, PC |
| 300 Quarropas Street | 144 South Broadway-14th Floor |
| White Plains, NY 10601-4150 | White Plains, NY 10601 |

Regarding:    Robert Crosby, Jr. v Stew Leonard's Yonkers, LLC, et. al.
              22-cv-4907(KMK) (AEK)

Dear Magistrate Krause,

On behalf of the Plaintiff Robert Crosby, Jr. in the referenced matter.

We have had an opportunity to discuss our objections to the Defendant regarding their discovery and have agreed to meet and confer. Accordingly, the Plaintiff hereby withdraws its request for an in-camera review of the Defendant's document production.

Respectfully submitted,

*Karen Mizrahi Hertz, Esq.*