# JacksonLewis

**Jackson Lewis P.C.**
44 South Broadway, 14th Floor
White Plains NY  10601
(914) 872-8060 Main
(914) 946-1216 Fax
jacksonlewis.com

August 10, 2024

**VIA ECF**
Hon. Andrew E. Krause
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:   Robert Crosby Jr. v. Stew Leonard's Yonkers, LLC & Stew Leonard Jr.
      Case No.: 22-cv-4907

Dear Judge Krause:

We represent Defendants Stew Leonard's Yonkers, LLC and Stew Leonard, Jr., in the above referenced action. With Plaintiff's counsel's consent, we submit this joint letter in accordance with Your Honor's June 18, 2024 Minute Entry requesting a joint status letter.

We are pleased to report the matter has been resolved. On July 19, 2024, the parties executed a settlement term sheet. Since then, the parties have exchanged a draft of the formal settlement agreement. As of now, the parties anticipate finalizing the agreement within the next two weeks, at which point the parties will submit a Stipulation of Dismissal and request that it be So Ordered by the Court.

If you have any questions or need any additional information, please do not hesitate to contact us.

Respectfully submitted,

Michael Abitabilo
Ian Landman
914-872-6865
Michael.Abitabilo@jacksonlewis.com
Ian.Landman@jacksonlewis.com
JACKSON LEWIS P.C.
*Counsel for Defendants*